STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

John Chris Turnage
Mayer, Smith & Roberts
1550 Creswell
Shreveport LA 71101

**REHEARING ACTION: July 18, 2017**

**Docket Number: 16   00973-WCA**

**RHONDA TIMBERLAKE
VERSUS
CHRISTUS HEALTH CENTRAL LOUISIANA
d/b/a CHRISTUS ST. FRANCES CABRINI HOSPITAL**

**Appealed from Office of Workers' Compensation - # 2 Case No. 15-07478**

**BEFORE JUDGES:**

Hon. Elizabeth A. Pickett
Hon. Phyllis M. Keaty
Hon. D. Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christus Health Central Louisiana, d/b/a Christus St. Frances**

**Cabrini Hospital** has this day been

**DENIED.**

cc: Maria Anna Losavio, Counsel for the Appellee